UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

———————————————————————

DANIEL L. GORMAN,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

      Defendant.

———————————————————————

Civil Action No.
08-0251 (NAM/VEB)

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 26 2010
AT ____ O'CLOCK ____
Lawrence K. Baerman, Clerk - Syracuse

This matter having been opened to the Court by Jaya Shurtliff for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that RICHARD S. HARTUNIAN, United States Attorney, and Suzanne M. Haynes, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of six thousand three hundred and forty-three dollars and eighty-one cents ($6,343.81); the Court having reviewed the record in this matter;

IT IS on this 24 day of January, 2010;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of six thousand three hundred and forty-three dollars and eighty-one cents ($6,343.81), and that payment of said fee award be made directly to plaintiff's attorney, Jaya Shurtliff of the Olinsky, Shurtliff Law Firm pursuant to an assignment of fees signed by plaintiff on January 20, 2010.

                                                _____
                                                Hon. Chief Judge Norman A. Mordue
                                                United States District Court

The undersigned hereby consent to the form and entry of the within order.

                RICHARD S. HARTUNIAN
                United States Attorney

By:    /s/ Suzanne M. Haynes
        Suzanne M. Haynes
        Special Assistant U.S. Attorney
        Bar No. 513857

Olinsky, Shurtliff Law Firm

By:    /s/ Jaya Shurtliff
        Jaya Shurtliff
        Attorney for Plaintiff