# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT IN A CIVIL CASE

___

**DANIEL L. GORMAN**

    vs.                                  **CASE NUMBER: 5:08-cv-251 (NAM/VEB)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

___

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report-Recommendation is adopted in its entirety, Defendant's motion for judgment on the pleadings is DENIED, and Plaintiff's cross-motion for judgment on the pleadings is GRANTED IN PART, DENIED IN PART and REMANDED for reconsideration.

It is further Ordered that Plaintiff is granted a fee award under the Equal Access to Justice Act in the amount of six thousand three hundred and forty-three dollars and eight-one cents ($6,343.81), that shall be paid directly to Plaintiff's attorney, Jaya Shurtliff.

All of the above pursuant to the Orders of the Honorable Chief District Judge Norman A. Mordue, dated the 10th day of December, 2009 and the 26th day of January, 2010.

DATED: January 26, 2010

*Laurence K. Baum*
Clerk of Court

                                          s/ Melissa Ennis
                                        Melissa Ennis
                                        Deputy Clerk